FILED

APR 1 1 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

2:25-CV-1077 DJC CKD(UD)(PS)

**DANA JACKSON PRO Se**

Superior Court Sacramento
Case No.25UD001142

**PLAINTIFF** — Stonegate and all unknown parties

VS.

STONEGATE AND ALL
UNKNOWN PARTIES

**DEFENDANTS** — Dana Jackson

## PETITION FOR REMOVAL OF ACTION WITH A

## FEDERAL STAY OF EVICTION PURSUANT TO 28

## U.S.C. (1446) D

The petitioner respectfully petitions this court for the Federal stay of eviction and removal action of the illegal eviction.

COMES NOW Dana Jackson petitioner as above stated and petitions this court for stay of eviction for wrongful eviction processed by the Superior Court of Sacramento County. This petition is set forth on the following grounds: active case removal from Superior Court of Sacramento County based on tenant landlord housing legal dispute pending litigation.

Defendants seek assistance from courts for Federal stay of relief / restraining order to stop the error by lower courts, wrongful eviction while defendant exercises civil housing rights due process in Federal Court.

The Petitioner DANA JACKSON has filed a Notice Of Removal in the U.S. District Court for the Eastern District of California with a Federal Stay of all State Court Claims and Related State Court Claims pursuant to 28 U.S.C. §1367.

The Petitioner has obtained a Federal Stay Of Eviction Petition in the U.S. District Court for the Eastern District Of California pursuant to 28 U.S.C. §1367 and 28 U.S.C. §1446 (d).

2.     Plaintiff must comply with Federal laws in the state court as a constitutional matter under Article 6 paragraph 2 of the U.S. Constitution (Edgar vs. Mite Corporation, 457 U.S.C. §624 (1982), with federal law being mandatory authority.

Copy Of Article 6 paragraph 2 of the U.S. Constitution reads as follows)

This Constitution, and the Laws of the United States which shall be made in

pursuance thereof; and all treaties made, or which shall be made, under the

Authority of the United States, shall be the Supreme Law of the land; and the

judges in every state shall be bound thereby, anything in the Constitution or Laws

of any State to the contrary notwithstanding.

In Edgar vs. Mite Corporation, 457 U.S.C. §624 (1982), the U.S. Supreme Court ruled: "A ruling or state statue is void to the extent that it actually conflicts with a valid federal statue." In a similar opinion, Stone v. City and County of San Francisco (968 F. 2d 850, 862(9th Cir. 1992), the court held on the issue of injunction and mediator, "otherwise valid state laws or

court orders cannot stand in the way of a federal court's remedial scheme if the action is essential to enforce the scheme."

3..    The Plaintiff did violate 15 USC §1692, Rule 60 of the federal Rule of Civil Procedure: and has a legal duty to abort eviction pursuant to 95.11

4.    The Superior Court of Sacramento's Dispossessory action is in violation of 14th Amendment of the U.S. Constitution with respect to Due Process of law.

The plaintiff has violated fair and safe housing acts and said violation has diminished and or prevented petitioners' right of safe and quiet enjoyment of said premises with frivolous and pernicious prosecution.

5.    The Superior Court of Sacramento County's Dispossessory is Unconstitutional with respect to the "Due Process Clauses" 14th Amendment.

WHEREFORE the Petitioner demands the following relief of stay and temporary restraining order preventing the defendant from circumventing plaintiffs due process and housing rights.

- This honorable Court remove this case from the Superior Court of Sacramento County.
- This honorable Court afford adequate discovery.
- This honorable Court provide such relief as this Court deems just and proper.

Petitioner Dana Jackson has provided written notice of the filing of this Notice of Removal to Plaintiff and will file a copy of this Notice of Removal with the Superior Court of Sacramento County, as required per 28 U.S.C. §1446(d).

WHEREFORE, pursuant to 28 U.S.C. §1446(d), and 42 U.S.C. §3631, Petitioner, Dana Jackson removes this case from the Superior Court of Sacramento County.

## VERIFICATION

### (Affidavit)

The undersigned Affiant Dana Jackson by Plaintiff does here with swear, declare and affirm that the Affiant executes this Affidavit with sincere intent and competently states the matters set forth. I the undersigned being under oath and declare under penalty of perjury, that I **do not** have an attorney to represent me in this case. Also, that the contents are true, correct and not misleading to the best of **MY** knowledge.

Dana Jackson

Petitioner Pro se
5405 Mack Rd #11
Sacramento, CA 95833
Email: danadenee587@gmail.com
916 410 - 9697

BLAKE A. MEHIGAN    (SBN 327425)
MEHIGAN LAW, a Professional Corporation
8950 Cal Center Drive, Suite 343
Sacramento, California  95826
Telephone:  (916) 646-0800

**FILED/ENDORSED**
FOR COURT USE ONLY

APR - 2 2025

By: _____
M. Rayos del Sol
Deputy Clerk

Sacramento Superior Court, Unlawful Detainer Unit
301 Bicentennial Circle, Room 200
Sacramento, California  95826

CASE TITLE:  STONEGATE v. DANA JACKSON

CASE NO:  25UD001142

## STIPULATION IN SETTLEMENT

### THE PARTIES HERETO AGREE AS FOLLOWS:

That as used herein, "Stipulation" shall mean this Stipulation in Settlement; "the premises" shall mean the real property which is the subject of this proceeding and is commonly known as 5405 Mack Road, #11, Sacramento, California 95823; "plaintiff" shall mean STONEGATE APARTMENTS L.P. and "defendant" shall mean DANA JACKSON.

❏ That this Stipulation may be presented to a Court Commissioner or Judge *Pro Tem* for review, execution, filing and enforcement as an Order of the Court.

That this Stipulation is not a "final judgment."   Pursuant to the authority of Code of Civil Procedure section 1161.2(a)(2), the parties stipulate that public access to the case records, including the court file, index and register of actions, shall only be permitted as allowed by Code of Civil Procedure section 1161.2(a), unless a judgment is entered against defendant as provided hereafter. Accordingly, the clerk shall not allow public access to this file, unless a judgment is entered against defendant as provided hereafter.  Furthermore, pursuant to Civil Code section 1785.13(a)(3), this matter shall not be reported by credit reporting agencies unless a judgment is entered as provided hereafter.

That defendant shall pay $ 10,489- currently due for the premises through and including 4/30/2025, $ 1,475- attorney's fees and $ 602.77 court costs, for a total of $ 12,566.77 (hereafter referred to as "principal"), as follows: Not less than $830.00 on or before 4/10/2025 and 4/15/2025, not less than $500.00 on or before 6/20/2025, and not less than $500.00 by the 20th day of each Month thereafter until principal is paid in full.

❏ That plaintiff may, at plaintiff's option, credit payments made pursuant to this Stipulation first to rent as it accrues and then to principal.

That each payment to be made pursuant hereto shall be made without further notice or demand in the form of cashier's check or money order, payable to Stonegate Apartments, and it shall be actually, physically received at the office of Stonegate Apartments by not later than 4:00 p.m. on its due date.

-1-

| CASE TITLE: STONEGATE v. DANA JACKSON | CASE NO: 25UD001142 |
|---|---|

☑ That by not later than ___4/30/2025___, defendant shall deliver up possession of the premises in clean condition and good repair, ordinary wear and tear excepted, and vacant, free of all personal property, garbage and debris. A writ of possession of real property may issue without the entry of judgment; provided, however, that a Stay of Execution shall be granted such that defendant shall not be physically dispossessed from the premises prior to ___5/1/2025___. Defendant shall not request, and the Court shall not grant, any further Stay of Execution. Defendant shall not request, and the Court shall not grant, relief from forfeiture pursuant to Code of Civil Procedure section 1179.

☑ Such Stay of Execution is conditioned upon defendant making payment as follows: _payments due 4/10/2025 and 4/15/2025 as set forth on Page 1_.
If defendant should fail to make payment when due, plaintiff may file a declaration of noncompliance and obtain the issuance of a writ of possession free of any Stay of Execution. Defendant shall not request, and the Court shall not grant, any stays or delays in the execution of such writ of possession.

That if defendant performs all provisions of this stipulation, then plaintiff shall dismiss this proceeding with prejudice; such dismissal shall not operate as a retraxit; and except as provided herein, the parties shall bear their respective legal expenses.

❑ That if defendant fails to make any payment as provided by this Stipulation in timely fashion or in the specified manner, then plaintiff may make application to the Court for the issuance of a writ of possession of real property forthwith and without the entry of judgment by filing a declaration of noncompliance upon an *ex parte* basis (without further notice to defendant and without further hearing by the Court). Defendant shall not request, and the Court shall not grant, any stays or delays in the execution of such writ of possession. Defendant shall not request, and the Court shall not grant, relief from forfeiture pursuant to Code of Civil Procedure section 1179.

☑ That a Prejudgment Claim of Right to Possession was served. Any writ of possession issued pursuant hereto shall apply to defendant and to all tenants, subtenants, named claimants and other occupants.

☑ That any personal property or belongings remaining on the premises after plaintiff recovers possession of the premises shall be deemed worthless and may be disposed of immediately and without notice.

That if defendant fails to perform any provision of this Stipulation, then after possession of the premises has been recovered, plaintiff may file a declaration of noncompliance upon an *ex parte* basis (without further notice to defendant and without further hearing by the Court) to set forth the facts of such default and obtain the entry of judgment in favor of plaintiff and against defendant for any principal remaining unpaid together with any unpaid holdover damages accruing at $55.33 per day after ___4/30/2025___ until possession is obtained, additional attorney's fees in the sum of $___400—___ and any additional costs incurred in recovering possession of the premises and/or obtaining the entry of judgment. If judgment is entered as provided by this paragraph, the clerk shall thereafter permit public access to the case records, including the court file, index and register of actions, of this proceeding, and such judgment may be reported by credit reporting agencies as allowed by Civil Code section 1785.13(a)(3).

☑ That any security deposit paid for the premises shall be handled according to California law. Plaintiff may credit any amount remaining after appropriate deductions against the principal owed.

-2-

| CASE TITLE: STONEGATE v. DANA JACKSON | CASE NO: 25UD001142 |
|---|---|

☑ That time is of the essence and that no supplement, modification or amendment to this Stipulation will be binding unless executed in writing by each party. No waiver of any provisions of this Stipulation will be deemed or will constitute a waiver of any other provisions, whether or not similar, nor will any waiver constitute a continuing waiver. No waiver will be binding unless executed in writing by the party making the waiver expressly identifying the provision(s) to be waived.

❑ That except as provided herein and in exchange for the mutual promises herein, which the parties acknowledge is sufficient consideration to support this Stipulation, each party, and for their trustees, beneficiaries, heirs, executors, administrators, representatives, successors and assigns, hereto fully releases and forever discharges the other parties and the other parties' partners, members, directors, officers, stockholders, employees, agents, representatives, successors, assigns, attorneys and all other persons and entities of whatever capacity from any and all "Claims" as defined below, demands, actions or causes of actions that the parties may have against the other parties and the other parties' partners, members, directors, officers, stockholders, employees, agents, representatives, successors, assigns, attorneys and all other persons and entities of whatever capacity, whether foreseen or unforeseen, known or unknown, or anticipated or unanticipated.

The term "Claims" includes all charges, complaints; liabilities; obligations; promises; agreements; controversies; damages; actions; causes of actions, both at law and in equity; suits; rights; demands; attorney's fees; costs; losses; debts and expenses of any nature whatsoever, known or unknown, which the parties now have, or which they may have against each other arising out of or related to any act, omission, event, fact or other thing which existed or occurred on or prior to the date of the parties' execution of this Stipulation, including, but not limited to, claims for constructive eviction, retaliatory eviction, claims under the Fair Employment and Housing Act, the Americans with Disabilities Act, the Unruh Act, common law claims, breach of contract claims, tort claims, or any other type of claim, whether based on federal law, state law, regulation, ordinance, or any other source. This release does not purport to release any claim for which the law prohibits a release.

The parties and their agents expressly waive and relinquish all rights and benefits afforded by Section 1542 of the Civil Code of the State of California, which states as follows:

> "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

Thus, notwithstanding the provisions of Section 1542, and for the purpose of implementing a full and complete release and discharge between the parties, the parties expressly acknowledge that this Stipulation is intended to include in its effect, without limitation, all Claims which the parties do not know or suspect to exist in their favor at the time of signing this Stipulation, and this Stipulation contemplates the release of any such Claim or Claims.

❑ That the parties represent that with the exception of this proceeding, they have not filed any administrative claims, civil claims or lawsuits (hereafter referred to as "other claims") against the other party with any administrative agency or court, or in the event that any such other claims have been filed, such party hereby agrees to dismiss such other claims with prejudice, both known and unknown, and agrees further that they will not file any administrative claims or lawsuits at any time hereafter for any event occurring prior to the date of execution of this Stipulation. Defendant shall cooperate by executing any and all documents reasonably necessary to accomplish the abandonment and dismissal with prejudice of any and all such other claims.

-3-

| CASE TITLE: STONEGATE v. DANA JACKSON | CASE NO: 25UD001142 |
|---|---|

☑ That the parties agree that they have carefully read and fully understand all of the provisions of this Stipulation, that they have taken as much time as needed for full consideration of this Stipulation, that they are voluntarily entering into this Stipulation. This Stipulation contains the entire understanding and agreement between the parties with respect to the matters referred to herein, and supersedes any and all other agreements, understandings, negotiations, or discussions, either oral or in writing, express or implied, between the parties to the same. No other representations, covenants, undertakings or other prior or contemporaneous agreements, oral or written, respecting such matters, which are not specifically incorporated herein, shall be deemed in any way to exist or bind either of the parties. The parties acknowledge that each party has not executed this Stipulation in reliance on any such promise, representation or warranty.

❑ That defendant is on a month-to-month tenancy. No provision herein shall be deemed to create a term tenancy. Except as otherwise provided in any other written agreement between the parties, the parties shall have all of the rights normally and generally available pursuant to California law to residential landlords and residential tenants with respect to month-to-month tenancies for residential premises.

❑ That the parties shall be bound by the additional terms and conditions provided in Attachment A hereto, which is incorporated by reference as if fully set forth herein.

That the parties request that the Court remove this matter from the trial calendar, enter an order based upon this Stipulation, and retain jurisdiction over the parties pursuant to Code of Civil Procedure section 664.6 to enforce settlement until performance in full of its terms and that such jurisdiction survive any dismissal of this proceeding.

Dated: 4/2/25

STONEGATE APARTMENTS L.P., Plaintiff

DANA JACKSON, Defendant

By _____
Plaintiff's Authorized Agent

**IT IS SO ORDERED.**

Dated: 4-2-25

Judicial Officer
LEE S. BICKLEY

**APPROVED AS TO FORM:**

BLAKE A. MEHIGAN
Attorney for Plaintiff

-4-

# RENTAL AGREEMENT

1. **APARTMENT AND PARTIES:** This Lease Agreement is entered into as of **June 21, 2023**, by and between **Stonegate Apartments**, hereinafter referred to as Lessor, and **Dana Jackson**, hereinafter referred to as Lessees, for the certain apartment at **Stonegate Apartments**, located at **5405 Mack Road #11, Sacramento, CA  95823**, and parking stall No. **242**, for the term of **month-to-month**, commencing on the **21st** day of **June, 2023** and expiring on the day of , at which time this lease shall terminate without further notice. A month to month tenancy, subject to the terms and conditions of this agreement shall be created only if the Owner/Agent accepts rent from Resident thereafter. Except as prohibited by law, that month to month tenancy may be terminated by the Owner/Agent by service upon the Resident of a written 60 day notice of termination of tenancy. However, Civil Code Section 1946.1 provides that "if any tenant or resident has resided in the dwelling for less than one year" the Owner/Agent may terminate the tenancy by service upon the Resident of a written 30 day notice.

2. _____ (Initials) **RENT:** Rent shall be **$1,625.00** per month, payable in advance upon the first day of each calendar month. If rent is not paid on the first day of the month, Lessee will be considered delinquent in payment of rent and in default. Rent and all other charges due are payable by personal check, cashier's check or money order, but not in cash, at the management office of the apartments or at such other place as may be designated from time to time by Lessor. Any holding over after termination of this agreement, with Lessor'S consent, shall be construed as a month-to-month tenancy in accordance with the terms of this lease as applicable.

   Rent   $1,625.00

3. _____ (Initials) **LATE PAYMENTS - DISHONORED CHECKS:** In the event that rent is not paid by the **3rd** day of the month, a late fee of **$75.00** will be assessed. In the event that a Lessee's check is dishonored or returned by the bank, a **$25.00** fee will be assessed, in addition to the late fee. Delinquent rents, fees and all other charges due must be paid with a cashier's check or money order only. All late fees and check charges are to be deemed additional rent owed. Furthermore, Lessee agrees that after the second returned or dishonored check, all future payments must be paid with a cashier's check or money order only. If Lessor agrees to accept rent paid late, this does not waive Lessor's right not to accept future late payments, and there shall be no grace period implied in this Agreement. All rent payments made after the service of a Three Day Notice must be paid by cashier's check or money order and are to be paid at the apartment management office. Owner/Agent may apply any payment made by Tenant to any obligation of Tenant to Owner notwithstanding any dates or other direction from the Tenant that accompanies any such payment. Any attempt by Tenant to allocate a payment in any other way shall be null and void, including the use or application of a restrictive endorsement on the face of any check.

4. **USE AND OCCUPANCY:** The premises are to be used only as a private residence for the Lessee and the following named Persons:

   **Troy Walls (Dependent) (5/6/2010), Angelrae Walls II (Dependent) (1/10/2012), and Maril Warren (Dependent) (1/8/2017)**

   And no others. Occupancy by guests staying more than ten (10) days without the written consent of Management shall be considered a breach of this lease.

5. **DEPOSIT:** Lessee has deposited **$2,724.00** with the Lessor as security for the performance of Lessee's obligations for the payment of rent, for the repair of damages to the demised premises caused by Lessee, or for cleaning the demised premises upon termination of the tenancy or for any unpaid utility charges. Lessor shall pay to Lessee, the amount of the deposit, less such amounts as are reasonably necessary to remedy Lessee's defaults in the payment of rent repair damages to the demised premises caused by Lessee, or clean the demised premises upon termination of tenancy. Cleaning or repair work done by the Lessee upon vacating the apartment must be done to Lessor's satisfaction. Lessee, upon demand, will deposit additional funds with Lessor to restore the security deposit to its original amount in the event any portion thereof is used prior to the termination of the lease. Lessee's failure to deposit such increase in accordance with Lessor's notice will constitute a breach of this agreement. Upon termination of the tenancy, it shall be the responsibility of the Lessee to furnish, in writing, an address which Lessor may use in order to send any funds remaining of the security deposit to Lessee. The security deposit is not rent and may not be applied to or deducted from any rent, fees and all other charges due under this lease. No interest shall be paid nor accrue on the security deposit.

6. **UTILITIES:** Resident shall pay for all utilities, services and charges, if any, made payable by or predicated upon occupancy of Resident. Resident is responsible for partial payment of **Water, Trash, Sewer, and Hot Water**. Resident shall have the following utilities connected at all times during the tenancy: **Electricity, Water, Garbage, and Sewer**. Disconnection of utilities due to non-payment is a material violation of this Agreement.

7. **SUBORDINATION:** This lease is executed upon the express covenant and agreement that the interest of the LESSEE in the demised premises shall be and remain subordinate to the lien of each and every present and future deed of trust, chattel mortgage, security instrument, or other lien applicable to the demised premises and/or its contents.



1



8. **CONDITION OF PREMISES AND LIABILITY:**    Lessee acknowledges that, as of the time of taking occupancy, Lessee has examined the Premises and accepts the premises, including the carpets, drapes or blinds, and paint as being in good, safe and clean condition and repair. Lessee also agrees that Lessor has made no promise to decorate, alter, repair or improve the apartment except as listed in the Check-In/Check-Out Inspection Report. Lessee agrees to:

    A. Keep the premises in good order and repair, and upon termination of the tenancy created by this agreement return the premises in a condition identical to that existing as of the date Lessee took occupancy, except normal wear and tear and free of all Lessee's personal property, trash and debris.

    B. Immediately notify Lessor of any defects or dangerous conditions inside the premises or at the apartment community which Lessee is aware of.

    C. Promptly reimburse to Lessor the cost of any repairs to the premises or any other portion of the apartment community caused by the negligence or misuse of by Lessee or any of Lessee's guests or employees.

    D. Use the common area of the buildings in which the premises are located only for the purpose of ingress and egress and not cause any obstruction to any passageway, sidewalk, stair or hallway.

    _____ (initials)

Lessee hereby expressly releases Lessor from any and all liability, loss or damage to Lessee's property arising out of water leakage, broken pipes, roof leaks, theft or any other criminal activity. Lessee's vehicles in parking areas and possessions placed in public or private storage rooms/lockers or common areas within the apartments are so placed at Lessee's sole risk, and Lessor shall have no liability for any damage to or theft of these possessions. Lessee is **required** to carry their own Renter's Insurance Policy to protect their possessions. This Lease is made on the express conditions that Lessor, in absence of negligence, is to be free from all liability or loss caused by Lessee's or Lessee's invitees'improper, negligent or intentional acts or omissions, including but not limited to liability or loss arising out of injury to a person or property, while in or on, or in any way connected with the leased premises or buildings, grounds, or facilities elsewhere in the apartment community, or with the improvements or personal property therein or thereon, including any liability or injury to the person or property of Lessee and Lessee's invitees. Lessee hereby covenants and agrees to and shall indemnify Lessor and save Lessor harmless, in the absence of any Lessor negligence, from any and all liability, loss, costs, or obligations on account of, or arising out of, any such improper, negligent, or intentional acts or omissions occurring.

9. **FINANCIAL RESPONSIBILITY:**    Lessee agrees to accept financial responsibility for any damages to the apartments from fire and casualty caused by Lessee negligence or accident. Lessee shall carry a standard Renter's Insurance Policy from a recognized insurance company, or in the alternative affirms that Lessee will be financially responsible for losses not carried by Lessor's fire and extended coverage insurance policy. Damages from and repair of plumbing stoppages caused by Lessee negligence or misuse will be paid by Lessee.

10. **KEYS AND LOCKS:**    The Lessee agrees not to install additional or different locks or gates on any doors or windows of the apartments without the written permission of Lessor. If Lessor approves Lessee's request to install such locks, the Lessee agrees to provide the Lessor with a key for each lock. If the Lessee fails to provide keys, locks will be changed at the Lessees expense and new keys will be provided to the Lessee. The Lessee agrees to pay a required **$75.00** lock change fee each time locks are changed. When this agreement terminates, the Lessee agrees to return all keys to the Lessor. The Lessor may charge the Lessee **$10.00** for each key, **$50.00** for each restricted access device, **$10.00** per parking permit and **$0.00** per gym access card not returned.

11. **QUIET ENJOYMENT OF OTHERS:**    In the event Lessee, his family, servants, employees, invitees, licensees, guests or other persons who come upon the premises with the express or implied consent of Lessee, either in or about the premises, or in or about the building in which said premises are located, or the areas appurtenant thereto, shall be of such nature that Lessor shall determine that the quiet enjoyment of the other Lessees has been or is being impaired, then such conduct shall constitute a breach by Lessee of the lease agreement and Lessor shall have the right at its option and without notice to terminate this lease agreement and regain possession of the premises in the manner provided by the laws of the State of California at the date of such default.

12. **CONDUCT OF RESIDENTS:**    Residents agree not to harass, assault, annoy, victimize, or endanger any other resident or person, or create or maintain a nuisance, or disturb the peace or solitude of any other resident, or commit waste in or about the Leased Premises. Residents are responsible for the conduct of any members of their household, occupants, guests, licensees or invitees while they are at the Residential Community. Residents further agree not to harass, verbally abuse, assault, denigrate or otherwise disrespect Owner, Owner's employees, agents and/or contractors or interfere with their lawful access to the Lease Premises and related common areas, or otherwise interfere with Owner's business operations. Owner and Residents agree that failure to abide by this policy can constitute a non- curable breach of this Agreement and may result in its termination.

13. _____ (Initials) **RIGHT OF ENTRY:**    Lessor may enter the demised premises during normal business hours on 24 hours notice to exhibit them to prospective or actual purchasers, mortgagees, tenants, workmen, or contractors, and to make necessary or agreed repairs, decorations, alterations, or improvements, supply necessary or agreed services, and



2



may do so any time and without notice in case of emergency, or when Lessee has abandoned or surrendered the demised premises. Owner/Agent shall have a right to enter the premises to check and maintain the smoke detector and carbon monoxide device (if equipped) as provided by law.

**14. PARKING:** Lessee may use designated parking spaces only for the parking of motor vehicles, including automobiles, motorcycles and pick-up trucks, but excluding trailers of any kind, mobile homes, campers, recreational vehicles and trucks larger that three-quarter ton, without the written permission of Lessor. All vehicles must be free of leaking fluids and in compliance with noise limitation laws. Lessor retains the right to clean the premises of fluids and other discharges form vehicles and to be reimbursed by Lessees. Vehicles shall not be washed (except in designated areas), maintained, or disassembled on the apartment grounds. Inoperative, disabled or unregistered vehicles shall not be stored in parking spaces or elsewhere on the grounds. Visitors parking cannot be for more than 24 continuous hours. The posted speed limit in the parking lot is strictly enforced and any violators will lose parking privileges. Violation of these rules will subject the vehicles to towing which shall be at Lessee's sole expense for towing, storage or any damage.

**15. DEFAULTS AND REMEDIES:** If Lessee shall be in default in the payment of rent, fees and all other charges due, or under any of the terms of this lease, or if Lessee shall vacate or abandon the premises or any part thereof, Lessor may at any time with or without notice or demand and without limiting Lessor in the exercise of any right or remedy which Lessor may have by reason of such default or abandonment: (a) Terminate Lessee's right to possession of the premises by any lawful means, in which case this lease shall terminate and Lessee shall immediately surrender possession of the premises to Lessor, and Lessor shall have all other rights and remedies available to it under the provisions of the laws of the State of California. In such event Lessor shall be entitled to recover from Lessee all damages incurred by Lessor by reason of Lessee's default including, but not limited to the cost of recovering possession of the premises; expenses of reletting, including necessary renovation and alteration of the premises; reasonable attorney's fees, and any usual agent's commission incurred; the worth at the time of award of the amount by which the unpaid rent, fees and all others charges for the balance of the term after the time of such award exceeds the amount of such rental loss for the same period that Lessee proves could be reasonably avoided. Unpaid installments of rent, fees and all other sums shall bear interest from the date due at the rate of ten percent (10%) per annum; (b) Maintain Lessee's right to possession in which case this lease shall continue in effect whether or not Lessee shall have abandoned the premises. In such event, Lessor shall be entitled to enforce all of Lessor's rights and remedies under this lease including the right to recover the rent and all other sums as it becomes due hereunder; (c) Pursue any other remedy now or hereafter available to Lessor under the laws or judicial decisions of the State of California.

**16. ATTORNEY'S FEES:** If any legal action or proceeding is brought by either party to enforce any part of this Agreement, the prevailing party shall recover, in addition to all other relief, reasonable attorney's fees and costs. Additionally, Lessor shall be entitled to charge Lessee as additional rent for Lessor's actual attorney's fees and costs incurred in notifying Lessee or in negotiating with Lessee concerning Lessee's breach of this Agreement.

**17. GENERAL:** Time is of the essence of this Agreement and each provision herein contained. Words used in the singular shall include the plural where context requires. This Agreement shall be binding upon and shall inure to the benefit of heirs, administrators, successors and assigns of all the parties hereto, subject to the terms of the assignment or subletting of this Agreement, and all parties hereto shall be jointly and severally liable hereunder. No oral agreements have been entered into, and this Agreement shall not be modified unless such modification is reduced to writing and fully executed by all parties hereto. Waiver by Lessor of any breach of any term of this Agreement shall not render the remainder of the Agreement invalid or unenforceable.

**18.** _____ (Initials) **SMOKE DETECTORS, CO2 DETECTORS (IF APPLICABLE) AND LIGHT BULBS:** The apartment premise is supplied with smoke/CO2 device(s). Lessee and Lessor agree that the smoke detector(s)/CO2 Detectors are fully operable at the time of move in. Upon occupancy it shall be the responsibility of Lessee to ensure that the device(s) remain in an operable condition, including replacement of batteries as necessary. Lessee shall inform the Lessor immediately in writing of any defect, malfunction or failure of such device(s). All electric bulbs within the apartment shall be furnished and replaced by Lessee.

**19. NOTICE:** The California Department of Justice, sheriff's departments, police departments serving jurisdictions of 200,000 or more and many other local law enforcement authorities maintain for public access a data base of the locations of persons required to register pursuant to paragraph (1) of subdivision (a) of Section 290.4 of the Penal Code. The database is updated on a quarterly basis and a source of information about the presence of these individuals in any neighborhood. The Department of Justice also maintains a Sex Offender Identification Line through which inquiries may be made. This is a "900"telephone service. Callers must have specific information about the individuals they are checking. Information regarding neighborhoods is not available through the "900" telephone service.

**20. MISCELLANEOUS:**

    **A. PATIOS AND BALCONIES:** All portions of the Apartment visible from the common areas of the Apartment community shall be maintained in a clean, neat and orderly manner by Lessee. Patios and balconies shall not be used



3



for the storage of Lessee's personal property. Only furniture designed for outside use will be allowed on the patio or balcony.

**B. WATERBEDS:** No waterbed may be brought into an apartment unless Lessee first delivers to Lessor a copy of an insurance policy, satisfactory to Lessor, covering damage to the premises as a result of the waterbed, and Lessor consents in writing to such waterbed.

**C. PET POLICY:** Lessee agrees that neither the Lessee or Lessee's guests shall keep or bring into the apartment premises or common areas any animal, bird, domestic or wild animal or pet of any kind or nature without the prior written consent of Lessor. Visiting pets are not allowed on property.

**D. APPLICATION:** It is agreed that Lessor has entered into this lease agreement in reliance upon the application submitted by Lessee. If there is any misrepresentation on this application, this misrepresentation will constitute a non-curable breach of this lease agreement.

**E. INQUIRY PERMISSION:** Lessee agrees and permits Lessor to telephone Lessee's home or place of employment to discuss matters related to this lease agreement.

**F. SATELLITE DISHES:** No over-the-air reception devices (OTARD) may be installed on any common areas or walls, outside windows, roofs or common area balconies, common area stairwells, or any other common area. An individual satellite dish of one meter or less may be installed on a balcony or patio area that is totally within the premises being leased and under Lessee's exclusive control. Such installation shall cause no permanent damage to balconies and no holes may be drilled in walls, balcony railings or other parts of the premises.

21. California law limits the amount your rent can be increased. See Section 1947.12 of the Civil Code for more information. California law also provides that after all of the tenants have continuously and lawfully occupied the property for 12 months or more or at least one of the tenants has continuously and lawfully occupied the property for 24 months or more, a landlord must provide a statement of cause in any notice to terminate a tenancy. See Section 1946.2 of the Civil Code for more information

22. **ATTACHMENTS:** By initialing as provided, Lessee acknowledges receipt of the indicated attachments, copies of which are attached hereto and are incorporated as if fully set forth herein. Each Lessee should initial each attachment to this lease.

| | |
|---|---|
| ☒ Asbestos Disclosure | ☒ Parking Addendum |
| ☒ Bedbug/Pest Control Addendum | ☒ Pesticide Addendum |
| ☒ California Proposition 65 Warning | ☒ Pet Addendum |
| ☒ Carbon Monoxide Detector Addendum | ☒ Pet Notification |
| ☒ Cleaning and Painting Policy Statement | ☒ Pool Rules and Regulations |
| ☒ Community Policies | ☒ Premature Lease Termination Information |
| ☒ Drug-Free Housing Addendum | ☒ Renter's Insurance |
| ☒ Flood Disclosure Addendum | ☒ Security Deposit Agreement |
| ☒ Insurance Facts for Residents | ☒ Smoke Alarm Addendum |
| ☒ Lead Based Paint Disclosure | ☒ Subletting and Assignment |
| ☒ Lead Paint Booklet | ☒ Technology Fee |
| ☒ Mold Notification | ☒ Unlawful Activity Addendum |
| ☒ Move-In Checklist | ☒ Utility Agreement |
| ☒ Non-Smoking Policy | ☒ Information on Dampness and Mold for Renters in California |

23. Each party to this lease acknowledges that he/she has read and agrees to the terms contained herein. This agreement is being executed in duplicate and by their signatures, Lessees agree that they have been provided a full copy of the lease that was executed on the date first above written.

_____               _____  6-21-2023
Dana Jackson (Resident)                Date      Angelica Amezcua (Owner/Agent)           Date



4



Your name: __Dana Jackson__

Case Number:

25UD001142

Name and address of court if different from above:

```
(Hearing
  Date)  → Date: _____  Time: _____     , ,  _____
          Dept.: _____  Room: _____         _____
                                                      _____
```

| **Warning!** If item c(1) is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed. |
|---|

Date: __03/12/2025__                          ___/s/ B. Woods___

Signature of (check one):   ☐ Judicial Officer   ☑ Clerk, Deputy

## Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

## Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one):*

☑ I handed a copy of this Order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☐ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city):* _____, California, on the date below.

   ☐ A certificate of mailing is attached.

Date: __03/12/2025__               Lee Seale, Executive Officer / Clerk of the Court

Clerk, by _____/s/ B. Woods_____, Deputy
Name:

**This is a Court Order.**

**Order on Court Fee Waiver (Superior Court)**

CP10.5

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form, you may be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. You must file this form within 10 days of the date of service listed in the box on the right hand side of this form.
   - Exception: If you are a tenant being evicted after your landlord lost the property to foreclosure, the 10-day deadline does not apply to you and you may file this form at any time before judgment is entered.
3. If you file this form, your claim will be determined in the eviction action against the persons named in the complaint.
4. If you do not file this form, you may be evicted without further hearing.
5. If you are a tenant being evicted due to foreclosure, you have additional rights and should seek legal advice immediately.

| CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address).*   TELEPHONE NO.. | *FOR COURT USE ONLY* |
|---|---|
| ATTORNEY FOR *(Name)*: | |
| **NAME OF COURT:** | |
| STREET ADDRESS. | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | |
| BRANCH NAME: | |
| Plaintiff: | |
| Defendant: | |

| **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | CASE NUMBER: |
|---|---|
| **Complete this form only if ALL of these statements are true:** | |
| 1. **You are NOT named in the accompanying Summons and Complaint.** | *(To be completed by the process server)* |
| 2. **You occupied the subject premises on or before the date the unlawful detainer (eviction) complaint was filed. (The date is in the accompanying Summons and Complaint.)** | DATE OF SERVICE: *(Date that form is served or delivered, posted, and mailed by the officer or process server)* |
| 3. **You still occupy the subject premises.** | |

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify):*

2. I reside at *(street address, unit no., city and ZIP code):*

3. The address of "the premises" subject to this claim is *(address):*

4. On *(insert date):*                               , the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is in the accompanying Summons and Complaint.)*

5. I occupied the premises on the date the complaint was filed *(the date in item 4)*. I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*.

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4)*.

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the court and pay a filing fee of  $                       or file with the court an "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file the form for waiver of court fees, I will not be entitled to make a claim of right to possession.

*(Continued on reverse)*

CP10.5 [Rev. June 15, 2015]                **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**                Code of Civil Procedure, §§ 415.46, 715 010, 715.020, 1174.25


CEB | Essential Forms

| Plaintiff: | CASE NUMBER: |
|---|---|
| Defendant: | |

11. If my landlord lost this property to foreclosure, I understand that I can file this form at any time before judgment is entered, and that I have additional rights and should seek legal advice.

12. I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

> **NOTICE:  If you fail to file this claim, you will be evicted without further hearing.**

13. **Rental agreement.** I have *(check all that apply to you):*
   a. ☐ an oral or written rental agreement with the landlord.
   b. ☐ an oral or written rental agreement with a person other than the landlord.
   c. ☐ an oral or written rental agreement with the former owner who lost the property to foreclosure.
   d. ☐ other *(explain):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

> WARNING:  Perjury is a felony punishable by imprisonment in the state prison.

Date:

_____     ▶  _____
(TYPE OR PRINT NAME)                        (SIGNATURE OF CLAIMANT)

> **NOTICE:**   If you file this claim to possession, the unlawful detainer action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

## - NOTICE TO OCCUPANTS -

**YOU MUST ACT AT ONCE  if all the following are true:**
   1. **You are NOT named in the accompanying Summons and Complaint.**
   2. **You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.**
   3. **You still occupy the premises.**

You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the form) at the court where the unlawful detainer (eviction) complaint was filed. If you are a tenant and your landlord lost the property you occupy through foreclosure, this 10-day deadline does not apply to you. You may file this form at any time before judgment is entered. You should seek legal advice immediately.

If you do not complete and submit this form (and pay a filing fee or file a fee waiver form if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you may be evicted without a hearing.*



**SUM-130**

# SUMMONS—EVICTION
## *(CITACIÓN JUDICIAL—DESALOJO)*
### UNLAWFUL DETAINER / FORCIBLE DETAINER / FORCIBLE ENTRY
*(RETENCIÓN ILÍCITA DE UN INMUEBLE / RETENCIÓN FORZOSA / ENTRADA FORZOSA)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

DANA JACKSON and Does 1 through 5
**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

STONEGATE APARTMENTS L.P.

| |
|---|
| *FOR COURT USE ONLY*<br>*(SOLO PARA USO DE LA CORTE)* |
| **ELECTRONICALLY FILED**<br>Superior Court of California<br>County of Sacramento<br>**02/24/2025**<br>By: _____ H. Singh _____ Deputy |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 10 days. You have 10 DAYS, not counting Saturdays and Sundays and other judicial holidays, after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.

If this summons was served through the Secretary of State's Safe at Home address confidentiality program, you have 15 days from the date of service, not counting Saturdays and Sundays and other judicial holidays, to respond.

A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the Self-Help Guide to the California Courts (https://selfhelp.courts.ca.gov), your county law library, or the courthouse nearest you. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services website (www.lawhelpca.org), the Self-Help Guide to the California Courts (https://selfhelp.courts.ca.gov), or by contacting your local court or county bar association.

*¡AVISO! Usted ha sido demandado. Si no responde dentro de 10 días, el tribunal puede emitir un fallo en su contra sin una audiencia. Una vez que le entreguen esta citación y papeles legales, solo tiene 10 DÍAS, sin contar sábado y domingo y otros días feriados del tribunal, para presentar una respuesta por escrito en este tribunal y hacer que se entregue una copia al demandante.*

*Si la presente citación le ha sido entregado a través del programa de dirección confidencial del Secretario del Estado Seguro en Casa, tiene 15 días después de la fecha de entrega, sin contar sábado y domingo y otros días feriados del tribunal, para responder.*

*Una carta o una llamada telefónica no lo protege. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en la Guía de Ayuda de las Cortes de California (https://selfhelp.courts.ca.gov/es), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no presenta su respuesta a tiempo, puede perder el caso por falta de comparecencia y se le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpca.org/es), en la Guía de Ayuda de las Cortes de California, (https://selfhelp.courts.ca.gov/es) o poniéndose en contacto con la corte o el colegio de abogados local.*

**FEE WAIVER:** If you cannot pay the filing fee, ask the clerk for a fee waiver form. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*EXENCIÓN DE CUOTAS: Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos con un gravamen sobre cualquier monto de $10,000 ó más recibido mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desestimar el caso.*

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*

   SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO
   301 Bicentennial Circle, Room 200, Sacramento, California 95826

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

   BLAIR W. MEHIGAN  (SBN 318663); Mehigan Law, A Professional Corporation

   8950 Cal Center Drive, Suite 343, Sacramento, California 95826;  Telephone:  916-646-0800

| |
|---|
| CASE NUMBER *(número de caso):* |
| **25UD001142** |

**Page 1 of 2**

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. January 1, 2025]

**SUMMONS—EVICTION**
**(Unlawful Detainer / Forcible Detainer / Forcible Entry)**

Code of Civil Procedure, §§ 412.20, 415.45, 1167
www.courts.ca.gov
250455

| PLAINTIFF *(Name):*  STONEGATE | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):*  DANA JACKSON | 25UD001142 |

3. *(Must be answered in all cases)* An **unlawful detainer assistant** (Bus. & Prof. Code, §§ 6400–6415) [XX] **did not** [ ] did **for compensation give advice or assistance with this form.** *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 4 below.)*

4. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):*

 a. Assistant's name:

 b. Telephone no.:

 c. Street address, city, and zip:

 d. County of registration:

 e. Registration no.:

 f. Registration expires on *(date):*

Date:  *(Fecha)* 02/25/2025

Lee Seale, Clerk, by *(Secretario)*  /s/ H. Singh  , Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons (form POS-010).)*

[SEAL]

5. **NOTICE TO THE PERSON SERVED:** You are served
 a. [XX] as an individual defendant.
 b. [ ] as the person sued under the fictitious name of *(specify):*
 c. [ ] as an occupant.
 d. [ ] on behalf of *(specify):*
   under [ ] CCP 416.10 (corporation). [ ] CCP 416.60 (minor).
   [ ] CCP 416.20 (defunct corporation). [ ] CCP 416.70 (conservatee).
   [ ] CCP 416.40 (association or partnership). [ ] CCP 416.90 (authorized person).
   [ ] CCP 415.46 (occupant). [ ] other *(specify):*
 e. [ ] by personal delivery on *(date):*

**SUMMONS—EVICTION**
**(Unlawful Detainer / Forcible Detainer / Forcible Entry)**

250455 LV

BLAIR W. MEHIGAN    (SBN 318663)
MEHIGAN LAW, a Professional Corporation
8950 Cal Center Drive, #343
Sacramento, California  95826
Telephone:  (916) 646-0800
Email: CourtDocs@mehiganlaw.com
Our File No. 250455 LV

**ELECTRONICALLY FILED**
Superior Court of California
County of Sacramento
02/24/2025
By: _____ H. Singh _____ Deputy

Attorney for Plaintiff

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO

STONEGATE APARTMENTS L.P.,

        Plaintiff,

vs.

DANA JACKSON and Does 1 through 5,

        Defendants.
_____/

NO. 25UD001142

COMPLAINT FOR
UNLAWFUL DETAINER

(Demand Does Not Exceed $10,000)
(Limited Civil Case)

Plaintiff alleges:

1. Plaintiff is a partnership which owns the real property located within the above-described judicial district and commonly known as 5405 Mack Road, #11, Sacramento, California 95823 (hereinafter referred to as "the premises").

2. The true names and capacities of defendants sued herein as Does are unknown to plaintiff.

3. On or about June 21, 2023, by written agreement entered into with plaintiff's agent, defendant DANA JACKSON leased the premises for a month to month tenancy at a monthly rental of $1,625.00, payable in advance on the first day of each month.  A copy of the written agreement is not attached because this proceeding is solely for nonpayment of rent (Code Civ. Proc. §1161(2)).

1

**Complaint for Unlawful Detainer**

25UD001142

4. Effective November 1, 2024, plaintiff modified the terms of the written agreement to provide for a monthly rental of $1,660.00, payable in advance on the first day of each month.

5. Either the defendants presently are in possession of the premises or they may claim some right to the possession thereof subject to the terms of said agreement, and at the time of service of the notice mentioned hereinafter, defendants had failed to pay rent in the sum of $7,169.00.

6. On or about February 6, 2025, plaintiff caused to be served upon defendants a notice either to pay said rent owed or to deliver up possession of the premises within three days, excluding Saturdays, Sundays or other judicial holidays. A copy of said notice, together with the proof of service therefor, is attached hereto, marked Exhibit "A," and incorporated by reference as if fully set forth herein.

7. The demand period to pay the rent demanded expired on February 11, 2025, but defendants failed to pay said rent owed or to deliver up possession of the premises, and plaintiff is entitled to possession of the premises.

8. The reasonable value of the use and occupancy of the premises is $55.33 per day, and plaintiff is sustaining damages at said rate for each day that defendants detain the premises after February 28, 2025.

9. Pursuant to applicable law and the terms of said written agreement, the prevailing party is entitled to recover reasonable attorney's fees if legal proceedings are commenced to enforce said agreement.

WHEREFORE, plaintiff prays for judgment against defendants, and each of them, as follows:

1. Restitution of the premises;

2. The forfeiture of said written agreement;

3. Unpaid rent in the sum of $7,169.00;

2

**Complaint for Unlawful Detainer**

4. Damages at the rate of $55.33 per day for each day after February 28, 2025, until possession of the premises is obtained;

5. Reasonable attorney's fees;

6. Costs of suit; and

7. Such further relief as the Court deems proper.

Dated: February 24, 2025

MEHIGAN LAW
A Professional Corporation

By /s/ *Blair W. Mehigan*
BLAIR W. MEHIGAN
Attorney for plaintiff

250455 LV

3

**Complaint for Unlawful Detainer**

VERIFICATION

I, BLAIR W. MEHIGAN, declare:

I am the attorney for the plaintiff herein.

I have read the foregoing Complaint for Unlawful Detainer, I know the contents thereof, and I am informed and believe that the matters stated therein are true and correct.

I make this verification because said plaintiff is absent from the county in which I maintain my law office.

I declare under penalty of perjury that the foregoing is true and correct and that this verification is executed on February 24, 2025, at Sacramento, California.

MEHIGAN LAW
A Professional Corporation

By /s/ *Blair W. Mehigan*
BLAIR W. MEHIGAN
Attorney for Plaintiff

4

**Complaint for Unlawful Detainer**

25UD001142

# THREE-DAY NOTICE TO PAY RENT OR QUIT

**TO:** ___Dana Jackson_____
*All Residents (tenants and subtenants) in possession (full name) and all others in possession*

of the rental unit located at:

___5405 Mack Rd._____, Unit # (if applicable)__11_____
*(Street Address)*

___Sacramento_____, CA ___95823_____
*(City)* *(Zip)*

**WITHIN THREE (3) DAYS**, not including Saturdays, Sundays, or other judicial holidays, after the service on you of this Notice, you are hereby required to make payment **PAYABLE TO:**

___Stonegate Apartments_____ (Landlord) the rent for the premises

amounting to the total sum of $__7,169.00_____ calculated as follows:

| $ | | for the rental period from | | through | |
|---|---|---|---|---|---|
| $ 1,660.00 | | for the rental period from | 2-1-25 | through | 2-28-25 |
| $ 1,660.00 | | for the rental period from | 1-1-25 | through | 1-31-25 |
| $ 1,660.00 | | for the rental period from | 12-1-24 | through | 12-31-24 |
| $ 1,660.00 | | for the rental period from | 11-1-24 | through | 11-30-24 |
| $ 529.00 | | for the rental period from | 10-1-24 | through | 10-31-24 |

## OR QUIT AND DELIVER THE POSSESSION OF THE PREMISES.

If you fail to perform or otherwise comply, Landlord declares the forfeiture of your Rental/Lease Agreement and will institute legal proceedings to obtain possession. Such proceedings could result in a judgment against you, which may include attorneys' fees and court costs as allowed by law, and an additional punitive award of six hundred dollars ($600) in accordance with California law. If you fail to fulfill the terms of your credit obligations, a negative credit report may be submitted to a credit reporting agency.

This notice does not demand payments that came due prior to October 1, 2021, however any amounts you may owe prior to October 1, 2021, are not waived and Landlord reserves the right to pursue those amounts in a separate action. This Three-day Notice to Pay Rent or Quit supersedes all previous Three-day Notices to Pay Rent or Quit for the amounts listed above, if any.

Payment must be delivered to:

___Rocio Ochoa, Assistant Manager_____
*(Name to whom rent should be delivered)*

at ___5417 Mack Road, Sacramento, CA 95823_____.
*(Address where payments should be delivered)*

Telephone number for above address: ___(916) 393-7044_____



*California Apartment Association Approved Form*
*www.caanet.org*
*Form CA-230 – Revised 12/22 - ©2022 – All Rights Reserved*
*Page 1 of 2*


Unauthorized Reproduction of
Blank Forms is Illegal




EXHIBIT _A_

Payments made in person may be delivered between the hours of __8:30 am__ and __5:00 pm__ on the following days of the week: ☒ Monday ☒ Tuesday ☒ Wednesday ☒Thursday ☒ Friday ☐ Saturday ☐ Sunday

☒ Other ___Saturday 11:00 am- 4:00 pm___

Acceptable methods of payment: ☐Personal Check ☒Cashier's Check ☒Money Order ☐Credit ☐EFT (Pursuant to previously established Electronic Funds Transfer procedure) and ☐Cash

_____ ☒ by _____, __Stonegate Apartments LP__ Agent for Landlord
**Landlord**                          _Individual Signing for Landlord_      *Management Co. (If Applicable)*

__2-6-25__
**Date**



*California Apartment Association Approved Form*
*www.caanet.org*
*Form CA-230 – Revised 12/22 - ©2022 – All Rights Reserved*
*Page 2 of 2*

# THREE-DAY NOTICE TO PAY RENT OR QUIT

## Proof of Service

I, the undersigned, being at least 18 years of age, declare that I served this notice, of which this is a true copy, on the __6__ day of __February__ (month), __2025__ (year), on the above-mentioned resident(s) in possession, in the manner indicated below.

☐ **BY DELIVERING** a copy of the Notice to the following resident(s) **PERSONALLY:** _____

☐ **BY LEAVING** a copy for each of the above-named resident(s) with a person of suitable age and discretion at the residence or usual place of business of the resident(s), said resident(s) being absent thereof; **AND MAILING** by first class mail on said date a copy to each resident by depositing said copies in the United States Mail, in a sealed envelope, with postage fully prepaid, addressed to the above-named resident(s) at their place of residence.

☒ **BY POSTING** a copy for each of the above-named resident(s) in a conspicuous place on the property therein described, there being no person of suitable age or discretion to be found at any known place of residence or business of said resident(s); **AND MAILING** by first class mail on the same day as posted, a copy to each resident by depositing said copies in the United States Mail, in a sealed envelope with postage fully prepaid, addressed to the resident(s) at the place where the property is situated.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and if called as a witness to testify thereto, I could do so competently.

Executed this __6__ day of __February__ (month), __2025__ (year), in __Sacramento__ (City), __CA__ (State).

____Rocio Ochoa____
Name of Declarant (Print)

____(Signature of Declarant)____

California Apartment Association Approved Form
www.caanet.org
Form CA-230 — Revised 12/22 - ©2022 — All Rights Reserved
Proof of Service

UD-101

| ATTORNEY OR PARTY WITHOUT ATTORNEY | | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY
NAME: BLAIR MEHIGAN
STATE BAR NUMBER: 318663
FIRM NAME: Mehigan Law, A Professional Corporation
STREET ADDRESS: 8950 Cal Center Drive, Suite 343
CITY: Sacramento    STATE: CA    ZIP CODE: 95826
TELEPHONE NO.: 916-646-0800    FAX NO.: (916) 646-3021
EMAIL ADDRESS:
ATTORNEY FOR (name): Plaintiff

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO
STREET ADDRESS: 301 Bicentennial Circle, Room 200
MAILING ADDRESS: 301 Bicentennial Circle, Room 200
CITY AND ZIP CODE: Sacramento, California 95826
BRANCH NAME: Unlawful Detainer Unit

**ELECTRONICALLY FILED**
Superior Court of California
County of Sacramento
02/24/2025
By: _____ H. Singh _____ Deputy

PLAINTIFF: STONEGATE APARTMENTS L.P.

DEFENDANT: DANA JACKSON

| PLAINTIFF'S MANDATORY COVER SHEET AND SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER | CASE NUMBER: 25UD001142 |
|---|---|

*All plaintiffs in unlawful detainer proceedings must file and serve this form. Filing this form complies with the requirement in Code of Civil Procedure section 1179.01.5(c).*
- *Serve this form and any attachments to it with the summons.*
- *If a summons has already been served without this form, then serve it by mail or any other means of service authorized by law.*
- *If defendant has answered prior to service of this form, there is no requirement for defendant to respond to the supplemental allegations before trial.*

*To obtain a judgment in an unlawful detainer action for nonpayment of rent on a residential property, a plaintiff must verify that no rental assistance or other financial compensation has been received for the amount demanded in the notice or accruing afterward, and that no application is pending for such assistance. To obtain a default judgment, plaintiff must use Verification by Landlord Regarding Rental Assistance—Unlawful Detainer (form UD-120) to make this verification and provide other information required by statute.*

1. PLAINTIFF (name each):

   STONEGATE APARTMENTS L.P.

   alleges causes of action in the complaint filed in this action against DEFENDANT (name each):

   DANA JACKSON

2. **Statutory cover sheet allegations** (Code Civ. Proc., § 1179.01.5(c))

   a. This action seeks possession of real property that is (check all that apply)   [XX] residential   [ ] commercial.
      (If "residential" is checked, complete all remaining items that apply to this action. If only "commercial" is checked, no further items need to be completed except the signature and verification on page 2.)

   b. This action is based, in whole or in part, on an alleged default in payment of rent or other charges. [XX] Yes   [ ] No

3. [XX] **Statements regarding rental assistance** (Required in all actions based on nonpayment of rent or any other financial obligation. Plaintiff must answer all the questions in this item and, if later seeking a default judgment, will also need to file Verification Regarding Rental Assistance—Unlawful Detainer (form UD-120).)

   a. Has plaintiff received rental assistance or other financial compensation from any other source corresponding to the amount demanded in the notice underlying the complaint? [ ] Yes   [XX] No

   b. Has plaintiff received rental assistance or other financial compensation from any other source for rent accruing *after* the date of the notice underlying the complaint? [ ] Yes   [XX] No

   c. Does plaintiff have any pending application for rental assistance or other financial compensation from any other source corresponding to the amount demanded in the notice underlying the complaint? [ ] Yes   [XX] No

   d. Does plaintiff have any pending application for rental assistance or other financial compensation from any other source for rent accruing *after* the date on the notice underlying the complaint? [ ] Yes   [XX] No

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
UD-101 [Rev. January 1, 2024]
PLAINTIFF'S MANDATORY COVER SHEET AND
SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER
Code of Civil Procedure, § 1179.01 et seq.
Health and Safety Code, § 50897.3(e)
www.courts.ca.gov

250455 LV

**UD-101**

| PLAINTIFF: STONEGATE | CASE NUMBER: |
|---|---|
| DEFENDANT: DANA JACKSON, et al. | 25UD001142 |

4. ☐ **Other allegations** Plaintiff makes the following additional allegations: *(State any additional allegations below, with each allegation lettered in order, starting with (a), (b), (c), etc. If there is not enough space below, check the box below and use form MC-025, title it Attachment 4, and letter each allegation in order.)* ☐ Other allegations are on form MC-025.

5. ☒ Number of pages attached *(specify):* One

Date: February 24, 2025

BLAIR MEHIGAN
_____
(TYPE OR PRINT NAME)

▶ /s/ **Blair Mehigan**
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**VERIFICATION**

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(TYPE OR PRINT NAME)

▶
_____
(SIGNATURE)

**PLAINTIFF'S MANDATORY COVER SHEET AND
SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER**

250455 LV

25UD001142

## VERIFICATION

I, ROCIO OCHOA, declare:

I am the property manager for the company that manages the premises subject of this proceeding, and I am authorized to verify the foregoing document.

I have read the foregoing document entitled "PLAINTIFF'S MANDATORY COVER SHEET AND SUPPLEMENTAL ALLEGATIONS – UNLAWFUL DETAINER," I know the content thereof, and I am informed and believe that the matters stated therein are true and correct.

I make this verification because I am more familiar than said Plaintiff ownership with the matters alleged in the Mandatory Cover Sheet.

I declare under penalty of perjury that foregoing is true and correct.

_____
Rocio Ochoa

**PLAINTIFF'S MANDATORY COVER SHEET AND SUPPLEMENTAL ALLEGATIONS –
UNLAWFUL DETAINER**

**SUM-130**

# SUMMONS—EVICTION
## *(CITACIÓN JUDICIAL—DESALOJO)*

### UNLAWFUL DETAINER / FORCIBLE DETAINER / FORCIBLE ENTRY
*(RETENCIÓN ILÍCITA DE UN INMUEBLE / RETENCIÓN FORZOSA / ENTRADA FORZOSA)*

| |
|---|
| **FOR COURT USE ONLY** <br> *(SOLO PARA USO DE LA CORTE)* |
| **ELECTRONICALLY FILED** <br> Superior Court of California <br> County of Sacramento <br> 02/24/2025 <br> By: _____ H. Singh _____ Deputy |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

DANA JACKSON and Does 1 through 5

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

STONEGATE APARTMENTS L.P.

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 10 days. You have 10 DAYS, not counting Saturdays and Sundays and other judicial holidays, after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.

If this summons was served through the Secretary of State's Safe at Home address confidentiality program, you have 15 days from the date of service, not counting Saturdays and Sundays and other judicial holidays, to respond.

A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the Self-Help Guide to the California Courts (https://selfhelp.courts.ca.gov), your county law library, or the courthouse nearest you. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services website (www.lawhelpca.org), the Self-Help Guide to the California Courts (https://selfhelp.courts.ca.gov), or by contacting your local court or county bar association.

**FEE WAIVER:** If you cannot pay the filing fee, ask the clerk for a fee waiver form. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Usted ha sido demandado. Si no responde dentro de 10 días, el tribunal puede emitir un fallo en su contra sin una audiencia. Una vez que le entreguen esta citación y papeles legales, solo tiene 10 DÍAS, sin contar sábado y domingo y otros días feriados del tribunal, para presentar una respuesta por escrito en este tribunal y hacer que se entregue una copia al demandante.*

*Si la presente citación le ha sido entregado a través del programa de dirección confidencial del Secretario del Estado Seguro en Casa, tiene 15 días después de la fecha de entrega, sin contar sábado y domingo y otros días feriados del tribunal, para responder.*

*Una carta o una llamada telefónica no lo protege. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en la Guía de Ayuda de las Cortes de California (https://selfhelp.courts.ca.gov/es), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no presenta su respuesta a tiempo, puede perder el caso por falta de comparecencia y se le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpca.org/es), en la Guía de Ayuda de las Cortes de California, (https://selfhelp.courts.ca.gov/es) o poniéndose en contacto con la corte o el colegio de abogados local.*

*EXENCIÓN DE CUOTAS: Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos con un gravamen sobre cualquier monto de $10,000 ó más recibido mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desestimar el caso.*

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*

   **CASE NUMBER** *(número de caso):*
   **25UD001142**

   SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO

   301 Bicentennial Circle, Room 200, Sacramento, California 95826

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

   BLAIR W. MEHIGAN  (SBN 318663); Mehigan Law, A Professional Corporation

   8950 Cal Center Drive, Suite 343, Sacramento, California 95826;  Telephone: 916-646-0800

   **Page 1 of 2**

Form Adopted for Mandatory Use <br> Judicial Council of California <br> SUM-130 [Rev. January 1, 2025]

**SUMMONS—EVICTION**
**(Unlawful Detainer / Forcible Detainer / Forcible Entry)**

Code of Civil Procedure, §§ 412.20, 415.45, 1167
250455          www.courts.ca.gov

| PLAINTIFF *(Name):* STONEGATE | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):* DANA JACKSON | 25UD001142 |

3. *(Must be answered in all cases)* An **unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415)** [XX] did **not** [ ] did **for compensation give advice or assistance with this form.** *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 4 below.)*

4. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):*

   a. Assistant's name:

   b. Telephone no.:

   c. Street address, city, and zip:

   d. County of registration:

   e. Registration no.:

   f. Registration expires on *(date):*

Date:
*(Fecha)* 02/25/2025

Lee Seale, Clerk, by *(Secretario)* **/s/ H. Singh** , Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons (form POS-010).)*

[SEAL]

5. **NOTICE TO THE PERSON SERVED:** You are served
   a. [XX] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as an occupant.
   d. [ ] on behalf of *(specify):*
     under [ ] CCP 416.10 (corporation).    [ ] CCP 416.60 (minor).
           [ ] CCP 416.20 (defunct corporation).    [ ] CCP 416.70 (conservatee).
           [ ] CCP 416.40 (association or partnership). [ ] CCP 416.90 (authorized person).
           [ ] CCP 415.46 (occupant).    [ ] other *(specify):*
   e. [ ] by personal delivery on *(date):*

**SUMMONS—EVICTION**
**(Unlawful Detainer / Forcible Detainer / Forcible Entry)**

Page 2 of 2

250455 LV

BLAIR W. MEHIGAN    (SBN 318663)
MEHIGAN LAW, a Professional Corporation
8950 Cal Center Drive, #343
Sacramento, California  95826
Telephone:  (916) 646-0800
Email: CourtDocs@mehiganlaw.com
Our File No. 250455 LV

Attorney for Plaintiff

ELECTRONICALLY FILED
Superior Court of California
County of Sacramento
02/24/2025
By: _____ H. Singh _____ Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO

STONEGATE APARTMENTS L.P.,

        Plaintiff,

  vs.

DANA JACKSON and Does 1 through 5,

        Defendants.

                              /

NO. 25UD001142

COMPLAINT FOR
UNLAWFUL DETAINER

(Demand Does Not Exceed $10,000)
(Limited Civil Case)

Plaintiff alleges:

1.   Plaintiff is a partnership which owns the real property located within the above-described judicial district and commonly known as 5405 Mack Road, #11, Sacramento, California 95823 (hereinafter referred to as "the premises").

2.   The true names and capacities of defendants sued herein as Does are unknown to plaintiff.

3.   On or about June 21, 2023, by written agreement entered into with plaintiff's agent, defendant DANA JACKSON leased the premises for a month to month tenancy at a monthly rental of $1,625.00, payable in advance on the first day of each month.  A copy of the written agreement is not attached because this proceeding is solely for nonpayment of rent (Code Civ. Proc. §1161(2)).

1

Complaint for Unlawful Detainer

4. Effective November 1, 2024, plaintiff modified the terms of the written agreement to provide for a monthly rental of $1,660.00, payable in advance on the first day of each month.

5. Either the defendants presently are in possession of the premises or they may claim some right to the possession thereof subject to the terms of said agreement, and at the time of service of the notice mentioned hereinafter, defendants had failed to pay rent in the sum of $7,169.00.

6. On or about February 6, 2025, plaintiff caused to be served upon defendants a notice either to pay said rent owed or to deliver up possession of the premises within three days, excluding Saturdays, Sundays or other judicial holidays. A copy of said notice, together with the proof of service therefor, is attached hereto, marked Exhibit "A," and incorporated by reference as if fully set forth herein.

7. The demand period to pay the rent demanded expired on February 11, 2025, but defendants failed to pay said rent owed or to deliver up possession of the premises, and plaintiff is entitled to possession of the premises.

8. The reasonable value of the use and occupancy of the premises is $55.33 per day, and plaintiff is sustaining damages at said rate for each day that defendants detain the premises after February 28, 2025.

9. Pursuant to applicable law and the terms of said written agreement, the prevailing party is entitled to recover reasonable attorney's fees if legal proceedings are commenced to enforce said agreement.

WHEREFORE, plaintiff prays for judgment against defendants, and each of them, as follows:

1. Restitution of the premises;

2. The forfeiture of said written agreement;

3. Unpaid rent in the sum of $7,169.00;

2

**Complaint for Unlawful Detainer**

4. Damages at the rate of $55.33 per day for each day after February 28, 2025, until possession of the premises is obtained;

5. Reasonable attorney's fees;

6. Costs of suit; and

7. Such further relief as the Court deems proper.

Dated:  February 24, 2025          MEHIGAN LAW
                                   A Professional Corporation


By /s/ *Blair W. Mehigan*
   BLAIR W. MEHIGAN
   Attorney for plaintiff

250455 LV

3

VERIFICATION

I, BLAIR W. MEHIGAN, declare:

I am the attorney for the plaintiff herein.

I have read the foregoing Complaint for Unlawful Detainer, I know the contents thereof, and I am informed and believe that the matters stated therein are true and correct.

I make this verification because said plaintiff is absent from the county in which I maintain my law office.

I declare under penalty of perjury that the foregoing is true and correct and that this verification is executed on February 24, 2025, at Sacramento, California.

MEHIGAN LAW
A Professional Corporation

By /s/ *Blair W. Mehigan*
BLAIR W. MEHIGAN
Attorney for Plaintiff

4

**Complaint for Unlawful Detainer**

25UD001142

# THREE-DAY NOTICE TO PAY RENT OR QUIT

TO: _____Dana Jackson_____
*All Residents (tenants and subtenants) in possession (full name) and all others in possession*

of the rental unit located at:

_____5405 Mack Rd._____, Unit # (if applicable)_11_____
*(Street Address)*

_____Sacramento_____, CA ____95823_____
*(City)* *(Zip)*

**WITHIN THREE (3) DAYS**, not including Saturdays, Sundays, or other judicial holidays, after the service on you of this Notice, you are hereby required to make payment **PAYABLE TO:**

_____Stonegate Apartments_____ (Landlord) the rent for the premises

amounting to the total sum of $__7,169.00____calculated as follows:

$ __1,660.00_____ for the rental period from ____2-1-25_____through ___2-28-25_____

$ __1,660.00_____ for the rental period from ____1-1-25_____through ___1-31-25_____

$ __1,660.00_____ for the rental period from ___12-1-24_____through __12-31-24_____

$ __1,660.00_____ for the rental period from ___11-1-24_____through __11-30-24_____

$ ___529.00_____ for the rental period from ___10-1-24_____through __10-31-24_____

## OR QUIT AND DELIVER THE POSSESSION OF THE PREMISES.

If you fail to perform or otherwise comply, Landlord declares the forfeiture of your Rental/Lease Agreement and will institute legal proceedings to obtain possession. Such proceedings could result in a judgment against you, which may include attorneys' fees and court costs as allowed by law, and an additional punitive award of six hundred dollars ($600) in accordance with California law. If you fail to fulfill the terms of your credit obligations, a negative credit report may be submitted to a credit reporting agency.

This notice does not demand payments that came due prior to October 1, 2021, however any amounts you may owe prior to October 1, 2021, are not waived and Landlord reserves the right to pursue those amounts in a separate action. This Three-day Notice to Pay Rent or Quit supersedes all previous Three-day Notices to Pay Rent or Quit for the amounts listed above, if any.

Payment must be delivered to:

_____Rocio Ochoa, Assistant Manager_____
*(Name to whom rent should be delivered)*

at _____5417 Mack Road, Sacramento, CA 95823_____.
*(Address where payments should be delivered)*

Telephone number for above address: _____(916) 393-7044_____



*California Apartment Association Approved Form*
*www.caanet.org*
*Form CA-230 – Revised 12/22 - ©2022 – All Rights Reserved*
*Page 1 of 2*


Unauthorized Reproduction of Blank Forms is Illegal



EXHIBIT A

Payments made in person may be delivered between the hours of __8:30 am__ and __5:00 pm__ on the following days of the week: ☒ Monday ☒ Tuesday ☒ Wednesday ☒ Thursday ☒ Friday ☐ Saturday ☐ Sunday

☒ Other ____Saturday 11:00 am- 4:00 pm____

Acceptable methods of payment: ☐Personal Check ☒Cashier's Check ☒Money Order ☐Credit ☐EFT (Pursuant to previously established Electronic Funds Transfer procedure) and ☐Cash

_____ ☒ by _____ , __Stonegate Apartments LP__ Agent for Landlord
**Landlord**                        *Individual Signing for Landlord*          *Management Co. (If Applicable)*

__2-6-25____
**Date**


*California Apartment Association Approved Form*
*www.caanet.org*
*Form CA-230 – Revised 12/22 - ©2022 – All Rights Reserved*
*Page 2 of 2*

# THREE-DAY NOTICE TO PAY RENT OR QUIT

## Proof of Service

I, the undersigned, being at least 18 years of age, declare that I served this notice, of which this is a true copy, on the ___6___ day of ___February___ (month), ___2025___ (year), on the above-mentioned resident(s) in possession, in the manner indicated below.

☐ **BY DELIVERING** a copy of the Notice to the following resident(s) **PERSONALLY:** _____

☐ **BY LEAVING** a copy for each of the above-named resident(s) with a person of suitable age and discretion at the residence or usual place of business of the resident(s), said resident(s) being absent thereof; **AND MAILING** by first class mail on said date a copy to each resident by depositing said copies in the United States Mail, in a sealed envelope, with postage fully prepaid, addressed to the above-named resident(s) at their place of residence.

☒ **BY POSTING** a copy for each of the above-named resident(s) in a conspicuous place on the property therein described, there being no person of suitable age or discretion to be found at any known place of residence or business of said resident(s); **AND MAILING** by first class mail on the same day as posted, a copy to each resident by depositing said copies in the United States Mail, in a sealed envelope with postage fully prepaid, addressed to the resident(s) at the place where the property is situated.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and if called as a witness to testify thereto, I could do so competently.

Executed this ___6___ day of ___February___ (month), __2025__ (year), in ___Sacramento___ (City), __CA__ (State).

___Rocio Ochoa___
**Name of Declarant (Print)**

_(Signature of Declarant)_

*California Apartment Association Approved Form*
*www.caanet.org*
*Form CA-230 – Revised 12/22 - ©2022 – All Rights Reserved*
*Proof of Service*

UD-101

| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>NAME: BLAIR MEHIGAN    STATE BAR NUMBER:<br>318663<br>FIRM NAME: Mehigan Law, A Professional Corporation<br>STREET ADDRESS: 8950 Cal Center Drive, Suite 343<br>CITY: Sacramento    STATE: CA    ZIP CODE: 95826<br>TELEPHONE NO.: 916-646-0800    FAX NO.: (916) 646-3021<br>EMAIL ADDRESS:<br>ATTORNEY FOR (name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO<br>STREET ADDRESS: 301 Bicentennial Circle, Room 200<br>MAILING ADDRESS: 301 Bicentennial Circle, Room 200<br>CITY AND ZIP CODE: Sacramento, California 95826<br>BRANCH NAME: Unlawful Detainer Unit | **ELECTRONICALLY FILED**<br>Superior Court of California<br>County of Sacramento<br>02/24/2025<br>By: _____ H. Singh _____ Deputy |

| PLAINTIFF: STONEGATE APARTMENTS L.P.<br>DEFENDANT: DANA JACKSON |  |
|---|---|
| **PLAINTIFF'S MANDATORY COVER SHEET AND**<br>**SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER** | CASE NUMBER:<br>25UD001142 |

*All plaintiffs in unlawful detainer proceedings must file and serve this form. Filing this form complies with the requirement in Code of Civil Procedure section 1179.01.5(c).*
- *Serve this form and any attachments to it with the summons.*
- *If a summons has already been served without this form, then serve it by mail or any other means of service authorized by law.*
- *If defendant has answered prior to service of this form, there is no requirement for defendant to respond to the supplemental allegations before trial.*

*To obtain a judgment in an unlawful detainer action for nonpayment of rent on a residential property, a plaintiff must verify that no rental assistance or other financial compensation has been received for the amount demanded in the notice or accruing afterward, and that no application is pending for such assistance. To obtain a default judgment, plaintiff must use Verification by Landlord Regarding Rental Assistance—Unlawful Detainer (form UD-120) to make this verification and provide other information required by statute.*

1. PLAINTIFF (name each):

   STONEGATE APARTMENTS L.P.

   alleges causes of action in the complaint filed in this action against DEFENDANT (name each):

   DANA JACKSON

2. Statutory cover sheet allegations (Code Civ. Proc., § 1179.01.5(c))

   a. This action seeks possession of real property that is (check all that apply) [XX] residential [ ] commercial.
      (If "residential" is checked, complete all remaining items that apply to this action. If only "commercial" is checked, no further items need to be completed except the signature and verification on page 2.)

   b. This action is based, in whole or in part, on an alleged default in payment of rent or other charges. [XX] Yes [ ] No

3. [XX] Statements regarding rental assistance (Required in all actions based on nonpayment of rent or any other financial obligation. Plaintiff must answer all the questions in this item and, if later seeking a default judgment, will also need to file Verification Regarding Rental Assistance—Unlawful Detainer (form UD-120).)

   a. Has plaintiff received rental assistance or other financial compensation from any other source corresponding to the amount demanded in the notice underlying the complaint? [ ] Yes [XX] No

   b. Has plaintiff received rental assistance or other financial compensation from any other source for rent accruing after the date of the notice underlying the complaint? [ ] Yes [XX] No

   c. Does plaintiff have any pending application for rental assistance or other financial compensation from any other source corresponding to the amount demanded in the notice underlying the complaint? [ ] Yes [XX] No

   d. Does plaintiff have any pending application for rental assistance or other financial compensation from any other source for rent accruing after the date on the notice underlying the complaint? [ ] Yes [XX] No

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>UD-101 [Rev. January 1, 2024] | **PLAINTIFF'S MANDATORY COVER SHEET AND**<br>**SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER** | Code of Civil Procedure, § 1179.01 et seq.<br>Health and Safety Code, § 50897.3(e)<br>www.courts.ca.gov |
|---|---|---|

250455 LV

**UD-101**

| PLAINTIFF: STONEGATE | CASE NUMBER: |
|---|---|
| DEFENDANT: DANA JACKSON, et al. | 25UD001142 |

4. ☐ **Other allegations** Plaintiff makes the following additional allegations: *(State any additional allegations below, with each allegation lettered in order, starting with (a), (b), (c), etc. If there is not enough space below, check the box below and use form MC-025, title it Attachment 4, and letter each allegation in order.)* ☐ Other allegations are on form MC-025.

5. ☒ Number of pages attached *(specify):*   One

Date: **February 24, 2025**

**BLAIR MEHIGAN**
_____
(TYPE OR PRINT NAME)

▶ /s/ **Blair Mehigan**
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**VERIFICATION**

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(TYPE OR PRINT NAME)

▶
_____
(SIGNATURE)

UD-101 [Rev. January 1, 2024]     **PLAINTIFF'S MANDATORY COVER SHEET AND
SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER**     Page 2 of 2

250455 LV

## VERIFICATION

I, ROCIO OCHOA, declare:

I am the property manager for the company that manages the premises subject of this proceeding, and I am authorized to verify the foregoing document.

I have read the foregoing document entitled "PLAINTIFF'S MANDATORY COVER SHEET AND SUPPLEMENTAL ALLEGATIONS – UNLAWFUL DETAINER," I know the content thereof, and I am informed and believe that the matters stated therein are true and correct.

I make this verification because I am more familiar than said Plaintiff ownership with the matters alleged in the Mandatory Cover Sheet.

I declare under penalty of perjury that foregoing is true and correct.

_____
Rocio Ochoa

**PLAINTIFF'S MANDATORY COVER SHEET AND SUPPLEMENTAL ALLEGATIONS – UNLAWFUL DETAINER**

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA**<br>**COUNTY OF SACRAMENTO** | Reserved for Clerk's File Stamp |
| COURTHOUSE ADDRESS:<br>Carol Miller Justice Center<br>301 Bicentennial Circle, Sacramento, CA 95826 | **FILED**<br>Superior Court of California<br>County of Sacramento<br>**03/17/2025**<br>M. Uhl, Deputy |
| PLAINTIFF/PETITIONER:<br>STONEGATE APARTMENTS L.P. | |
| DEFENDANT/RESPONDENT:<br>Dana Jackson | |
| **Notice of Time and Place of Court Trial** | CASE NUMBER:<br>25UD001142 |

Notice is hereby given that te above entitled action has been set for UD Court Trial on: April 2, 2025 at 1:15 PM in Department 88 of the Carol Miller Justice Center, located at 301 Bicentennial Circle, Sacramento, CA 95826.

Unlawful Detainer hearings at the Carol Miller Justice Center have been open for in-person and remote hearings since January 3, 2022.  Effective Monday, May 1, 2023, parties wishing to appear remotely for evidentiary hearings must apply to the court for a remote appearance.  For non-evidentiary hearings, parties may appear remotely with notice to the court.  Any party wishing to appear remotely must serve all other parties and comply with Code of Civil Procedure 367.75 and the court retains discretion to require in person appearances for all types of hearings.  Please visit https://www.saccourt.ca.gov/ud/ud.aspx for Unlawful Detainer process to Request or Oppose a Remote Appearance.

If you have questions concerning the notification, contact the clerk's office at 916-875-7746.

**ALL PARTIES MUST APPEAR EITHER IN-PERSON OR REMOTELY (IF APPROVED BY THE COURT) ON TIME FOR HEARING/TRIAL. FAILURE TO APPEAR ON TIME MAY RESULT IN THE CASE BEING HEARD IN YOUR ABSENCE AND AN ADVERSE JUDGMENT MAY BE ENTERED AGAINST YOU.**

NOTE: A court reporter is not available in the Unlawful Detainer Department at the Carol Miller Justice Center. Parties may privately arrange to have a certified Official Pro Tempore court reporter present for hearings.  The court uses electronic recording equipment to make an official verbatim record.  Copies of the recording are available upon request.

Lee Seale, Executive Officer / Clerk of the Court

Dated: 03/17/2025

By:

/s/ M. Uhl
M. Uhl, Deputy Clerk

**Notice of Time and Place of Trial**

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SACRAMENTO

Reserved for Clerk's File Stamp

COURTHOUSE ADDRESS:
Carol Miller Justice Center
301 Bicentennial Circle, Sacramento, CA 95826

PLAINTIFF/PETITIONER:
STONEGATE APARTMENTS L.P.

DEFENDANT/RESPONDENT:
Dana Jackson

## CERTIFICATE OF MAILING

CASE NUMBER:
25UD001142

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Time and Place of Court Trial upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Sacramento, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Blair Winston Mehigan
Mehigan Law A Professional Corporation
8950 Cal Center Drive
Sacramento, CA 95826

Dana Jackson
5405 Mack Road, #11
Sacramento, CA 95823

Dated: 03/17/2025

By:

/s/ M. Uhl
M. Uhl, Deputy Clerk

## CERTIFICATE OF MAILING