# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONEGATE APARTMENTS L.P., <br>    Plaintiff, <br>     v. <br> DANA JACKSON, <br>    Defendant. | Case No.: 2:25-cv-01077-DJC-CKD <br><br> **ORDER** |

Before the Court is Defendant's Response to the Court's Order signed on April 11, 2025. (ECF No. 4). The Court's Order (ECF No. 3) remanded the case back to the Superior Court of California for the County of Sacramento due to a lack of federal subject matter jurisdiction and terminated federal proceedings. Given the lack of federal jurisdiction and ongoing state proceedings, Defendant's Response is DISREGARDED and will not be considered by the Court. Further, any additional filings made in this case will be similarly disregarded without a Court order.

    IT IS SO ORDERED.

Dated: April 28, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1