UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONEGATE APARTMENTS, L.P., | No. 2:25-cv-01077-DJC-CKD |
| Plaintiff, | |
| v. | ORDER |
| DANA JACKSON | |
| Defendant. | |

On April 28, 2025, Defendant Dana Jackson filed a Motion for Temporary Restraining Order seeking to stay enforcement of the eviction scheduled by the Sacramento County Sheriff's Department for May 2, 2025. (ECF No. 6.) However, the Court remanded this matter to Sacramento County Superior Court on April 11, 2025, due to a lack of federal subject matter jurisdiction, and terminated federal proceedings. (*See* ECF No. 3.) Accordingly, no relief is available in this Court.

Therefore, IT IS HEREBY ORDERED that:

1. Defendant's Motion for Temporary Restraining Order (ECF No. 6) is DENIED due to lack of jurisdiction; and

////

////

1

2.  The Clerk of Court is directed to not accept any more filings in this closed matter.

IT IS SO ORDERED.

Dated:  **April 29, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC6 – Jackson25cv01077.tro

2